No. 97–5360. MILLER, AKA WOODS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–5361. SHERMAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5362. SHALOM v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–5364. WALTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5365. PENDERGRASS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–5367. ABDUL-AKBAR v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 97–5368. CUNNINGHAM v. GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–5369. CURIALE v. MYSTROM, MAYOR, ANCHORAGE, ALASKA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–5372. COKER v. JONES ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–5373. HERNANDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5374. GLASS v. ILLINOIS. App. Ct. Ill. 4th Dist. Certiorari denied.

No. 97–5375. BURKE v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 97–5376. REID v. REID. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 97–5377. SCHREIBER v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 97–5379. SPENCER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.